**EXHIBIT E**

SA INVESTMENTS LLC

EVALUACIÓN Y ANÁLISIS PRELIMINAR DE INFORMACIÓN FINANCIERA

11 de septiembre de 2023

Preparado por:

CPA Eduardo González Green, CFE, CFF, FCPA

Socio

AQUINO, DE CÓRDOVA, ALFARO & CO., LLP



*Jerry De Córdova, CPA, ESQ.*
*Eduardo González-Green, CPA, CFF, CFE, FCPA*
*Maritza Rivera Serrano, CPA*

11 de septiembre de 2023

Lcdo. Juan Ramón Cancio Ortiz
Cancio Covas & Santiago
Representante legal
**Richard Alonso Rodríguez, Debbie Alonso Rodríguez, Santos Alonso Cintrón**

Vía correo electrónico: jrcancio@ccsllp.com

**Re:    Evaluación y análisis preliminar de información financiera de SA Investments LLC**

Estimado licenciado Cancio:

Hemos evaluado, analizado e interpretado los estados interinos de situación y de ingresos y gastos de la entidad SA Investments LLC (en adelante se refiere como la "Compañía") para los meses de enero a junio de 2023,[1] con el fin de evaluar la razonabilidad de estos, e identificar partidas que requieran ser explicadas, si alguna.

Nuestros procedimientos se enfocaron en evaluar y analizar los estados interinos provistos, los cuales, hemos aceptado como razonables y, por tanto, no somos responsables por la certeza de éstos. Asimismo, dada la limitación en el alcance en esta etapa de los procedimientos, hemos aceptado, sin realizar ningún procedimiento de corroboración, las representaciones hechas por la Sra. Debbie Alonso Rodríguez (en adelante, "Sra. Alonso") acerca de que la información provista es producto del sistema de contabilidad de la Compañía.

De acuerdo con los términos de nuestra encomienda, este informe debe ser utilizado solamente con el propósito de evaluar la razonabilidad de los estados financieros interinos de la Compañía, que fueron analizadas, según los principios de contabilidad generalmente aceptados en Estados Unidos de América.

Cordialmente,

Eduardo González Green, CPA, CFF, CFE
Socio
Aquino, De Córdova, Alfaro & Co., LLP

---

[1] Estos estados financieros son sin auditar y fueron provistos por la Sra. Debbie Alonso Rodríguez.

P.O. Box 70262, San Juan, Puerto Rico 00936-8262 • Cecilia's Place Suite C-1, #7 Rosa Street
Isla Verde, P.R. 00979 • Phone (787) 253-9595 • Fax (787) 253-9511



SA INVESTMENTS LLC
Evaluación preliminar de información financiera

# TABLA DE CONTENIDO

SECCIÓN 1. INTRODUCCIÓN ........................................................................................ 3

    Alcance y propósito.................................................................................................. 3

SECCIÓN 2. TRASFONDO................................................................................................ 4

SECCIÓN 3. RESUMEN DE HALLAZGOS DE SA INVESTMENTS LLC ............................ 6

    Efectivo ................................................................................................................... 6

    Inversiones y cuentas relacionadas ........................................................................ 7

    Dividendo por pagar............................................................................................... 10

    Partidas incluidas en la sección de Capital............................................................ 11

SECCIÓN 4. CONCLUSIÓN............................................................................................ 14

SECCIÓN 5. FUENTES DE INFORMACIÓN .................................................................. 15

CREDENCIALES............................................................................................................. 16

Anejo 1 - Estados de situación (Balance Sheets) auditados de Supermercados Mr. Special, Inc. radicados en el Departamento de Estado ...................................................................... 18



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 3

## SECCIÓN 1. INTRODUCCIÓN

*Alcance y propósito*

Hemos efectuado el análisis y evaluación de los estados financieros interinos,[2] para los meses de enero a junio de 2023, de **SA INVESTMENTS LLC** (en adelante, se refiere como la "Compañía"), con el objetivo de evaluar la razonabilidad de estos e identificar partidas que, a nuestro juicio, requieran ser explicadas.

Los análisis, opiniones, y datos incluidos en este informe están basados en la información provista y la que estuvo disponible bajo dominio público, la cual, se detalla en la sección *Fuentes de Información* de este informe. Para propósitos de esta encomienda, hemos aceptado como razonables los documentos y la información provista y, por tanto, no somos responsables por la suficiencia y/o certeza de éstos. Asimismo, dada la limitación en el alcance en esta etapa de los procedimientos, hemos aceptado, sin realizar ningún procedimiento de corroboración, las representaciones hechas por la Sra. Debbie Alonso Rodríguez (en adelante, "Sra. Alonso") acerca de que la información provista es producto del sistema de contabilidad de la Compañía.

Esta encomienda se realizó de acuerdo con las guías para servicios forenses y de consultoría establecidas por el Instituto Americano de Contadores Públicos Autorizados de Estados Unidos de América (AICPA, por sus siglas en inglés). Los procedimientos realizados se limitaron a aquellos que ustedes determinaron cumplían mejor con sus necesidades y, por tanto, no constituyen una auditoría de los estados financieros bajo los estándares y normas de auditoría generalmente aceptadas en los Estados Unidos de América, ni una evaluación acerca de los controles internos, así como tampoco una de procedimientos previamente acordados (AUP, por sus siglas en inglés). Consecuentemente, no expresamos una conclusión ni proveemos ningún tipo de garantía acerca de la certeza de dicha información.

Nuestra encomienda no está dirigida y no incluye responsabilidad alguna sobre la divulgación de errores, fraude o actos ilegales que puedan existir. La suficiencia de estos procedimientos es responsabilidad exclusiva de las partes mencionadas en este informe. Consecuentemente, no hacemos ninguna representación con respecto a la suficiencia de los procedimientos descritos a continuación, ya sea para el propósito para el cual se ha solicitado este informe o para cualquier otro propósito.

---

[2] Estos estados fueron provistos por la Sra. Debbie Alonso Rodríguez. Los mismos no han sido compilados, revisados, o auditados por un contador público autorizado.



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 4

Los procedimientos realizados, así como nuestros hallazgos y recomendaciones, se presentan en el informe adjunto. De acuerdo con los términos de nuestra encomienda, este informe debe ser utilizado solamente para el propósito de evaluar, de forma preliminar, la razonabilidad de los estados financieros interinos para los meses de enero a junio de 2023. A pesar de que no tenemos la obligación de actualizar este informe o revisar la información contenida en el mismo por eventos y transacciones que ocurran posterior a la fecha de este informe, podremos actualizar el mismo a petición suya.

## SECCIÓN 2. TRASFONDO

SA Investments LLC se incorporó el 9 de agosto de 2021 bajo las leyes del Estado Libre Asociado de Puerto Rico, con fecha de vigencia el 1 de octubre de 2021. La Compañía se dedica a invertir en inversiones negociables, tales como acciones, bonos, pagarés, e instrumentos de ingresos fijos, los cuales se intercambian en mercados de valores líquidos, y que generan ingresos en forma de dividendos, intereses, descuentos de emisión originales, y ganancias de capital.[3]

El 1 de octubre de 2021, la Compañía recibió de una entidad relacionada, Supermercados Mr. Special, Inc. (en adelante, "Mr. Special"), una transferencia de inversiones en equidad y *money market* con valor de mercado ascendente a $67,304,592 y $4,187,397; respectivamente, para un total transferido de $71,491,989.[4] Obtuvimos de la página electrónica del Departamento de Estado los estados de situación auditados de Mr. Special para los años terminados el 30 de septiembre de 2015 al 2022. Analizamos dichos estados con el objetivo de evaluar la cuenta de Inversiones y las transacciones relacionadas a éstas.[5]

Observamos que las inversiones de Mr. Special se componen de acciones comunes, fondos mutuos, bonos, y *money market*. Estas inversiones se presentan a valor de mercado a la fecha del estado financiero. La diferencia entre el costo y el valor de mercado de la inversión se presenta en la cuenta Ganancia (pérdida) no realizada ("Unrealized holding gain (loss)").

Las inversiones clasificadas como *money market* se presentaron durante los años fiscales 2017 al 2021. Durante dichos años, el costo de estas inversiones igualó el valor de mercado. Los *money market* son típicamente instrumentos muy líquidos, similar a efectivo ("cash").

---

[3] Información de SA Investments LLC, obtenida de la página electrónica del Departamento de Estado de Puerto Rico.
[4] Nota C, Estado de situación auditado de Supermercados Mr. Special, Inc. al 30 de septiembre de 2022 y 2021, obtenido de la página electrónica del Departamento de Estado de Puerto Rico.
[5] El Anejo 1 muestra un resumen de la información sobre las inversiones contenida en las notas de dichos estados.



Aquino, DeCórdova, Alfaro & Co., LLP
CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS

SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 5

| Año fiscal | Total acciones, bonos, y fondos mutuos | | |
| | Costo amortizado | Valor de mercado | % Costo |
|---|---|---|---|
| 2015 | $  47,932,128 | $  34,807,136 | 73% |
| 2016 | 52,207,341 | 43,301,394 | 83% |
| 2017 | 33,101,046 | 28,018,248 | 85% |
| 2018 | 53,745,660 | 45,733,500 | 85% |
| 2019 | 78,701,229 | 54,193,249 | 69% |
| 2020 | 95,749,027 | 79,567,000 | 83% |
| 2021 | 99,816,323 | 73,652,756 | 74% |
| 2022 | 13,057,274 | 850,200 | 7% |
| Promedio | $  59,288,754 | $  45,015,435 | 76% |

Esta tabla compara el costo y el valor de mercado al 30 de septiembre de 2015 al 2022 de las Inversiones clasificadas como acciones, bonos, y fondos mutuos, según presentados en los estados de situación auditados. Estos balances no reflejan las transacciones de compraventa que pudieron ocurrir durante dichos años fiscales. El costo promedio de las Inversiones fue aproximadamente $59 millones; mientras que el promedio de valor de mercado fue $45 millones, lo que representa un 76% del costo.

A pesar de que el costo de las inversiones fluctúa entre $13 y $99 millones, el producto obtenido de la venta de inversiones supera significativamente estos balances. El total de efectivo de la venta de inversiones ("proceeds") para los años fiscales 2015 a 2021 ascendió a aproximadamente $2.9 billones (promedio de $415 millones anuales).[6] La ganancia obtenida de dichas ventas fue aproximadamente $66.6 millones (promedio de $9.5 millones anuales), lo que representa un 2% de los ingresos devengados por la venta de inversiones.

Dado que los estados financieros no incluían información acerca del costo de las inversiones vendidas, computamos el mismo restando la ganancia obtenida del ingreso devengado de la venta de inversiones. Como resultado, el total de costo de las inversiones vendidas fue de $2.8 billones, según presentamos a continuación:

---

[6] Para el año fiscal 2022, no se informaron ingresos devengados por la venta de inversiones en la Nota C del estado de situación auditado.



**Aquino, De Córdova, Alfaro & Co., LLP**
CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS

SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 6

| Año fiscal | (A) Dinero (*proceeds*) venta de inversiones | (B) Ganancia (pérdida) venta de inversiones | (A-B) Costo de inversiones vendidas |
|---|---|---|---|
| 2015 | $ 265,854,033 | $ 7,891,973 | $ 257,962,060 |
| 2016 | 48,786,563 | (649,154) | 49,435,717 |
| 2017 | 449,085,736 | 9,484,616 | 439,601,120 |
| 2018 | 781,207,301 | 14,760,566 | 766,446,735 |
| 2019 | 347,671,565 | 11,150,835 | 336,520,730 |
| 2020 | 514,663,576 | 8,928,508 | 505,735,068 |
| 2021 | 498,614,878 | 15,037,243 | 483,577,635 |
| Total | $ 2,905,883,652 | $ 66,604,587 | $ 2,839,279,065 |
| Promedio | $ 415,126,236 | $ 9,514,941 | $ 405,611,295 |

En términos generales, de la información de inversiones de Mr. Special, se observa un alto contenido de transacciones de compra y venta. Como vemos, el promedio de dinero ("proceeds") en la venta es de $415 millones mientras que en la tabla anterior el promedio de valor en el mercado era $45 millones.

## SECCIÓN 3. RESUMEN DE HALLAZGOS DE SA INVESTMENTS LLC

De los documentos revisados y los análisis que realizamos, podemos concluir que los estados financieros interinos provistos contienen las siguientes partidas que ameritan ser investigadas y/o explicadas.

*Efectivo*

De enero 2023 a junio 2023, la cuenta de Efectivo aumentó por $35,150; registrados en abril ($150) y junio ($35,000). En los meses restantes no se observaron cambios en el balance reportado en los estados de situación. Sin embargo, el cambio neto en Efectivo no luce cónsono con cambios observados en otras cuentas que pudieron afectar la cuenta de Efectivo. Ejemplo de estos cambios se relacionan con ventas de inversiones y disminuciones de deudas, según explicaremos en las secciones correspondientes en este informe.



Aquino, De Córdova, Alfaro & Co., LLP
CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS

SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 7

*Inversiones y cuentas relacionadas*

Para propósitos de análisis, asumimos que la cuenta Inversiones incluida en el estado de situación se presenta al costo. Asimismo, asumimos que la cuenta Ganancia (pérdida) no realizada de las inversiones, presentada en la sección de activos, representa la diferencia entre el valor de mercado y el costo de las Inversiones a la fecha del estado de situación. Estos supuestos parten de la premisa que las cuentas se presentan conforme a los principios de contabilidad generalmente aceptados en Estados Unidos de América (GAAP, por sus siglas en inglés).

Comparación de costo con valor de mercado

Durante el periodo de enero a junio 2023, el balance promedio de la cuenta Inversiones fue aproximadamente $97 millones. Durante el mismo periodo, se registró un balance promedio de Pérdida no realizada en las inversiones de aproximadamente $56 millones. Consecuentemente, el valor de mercado promedio de dichas Inversiones fue aproximadamente $41 millones, lo que representa un 43% del costo promedio, según puede observarse en la siguiente tabla:

|  | Costo (A) | Ganancia (Pérdida) no realizada (B) | Valor de mercado (C = A – B) | % de Valor de mercado (C / A) |
|---|---|---|---|---|
| Enero | $107,833,677.62 | $(62,828,997.62) | $ 45,004,680.00 | 42% |
| Febrero | 107,833,677.62 | (58,817,987.62) | 49,015,690.00 | 45% |
| Marzo | 98,183,032.83 | (53,627,292.83) | 44,555,740.00 | 45% |
| Abril | 98,183,032.83 | (58,296,142.83) | 39,886,890.00 | 41% |
| Mayo | 83,707,065.65 | (53,359,175.65) | 30,347,890.00 | 36% |
| Junio | 86,675,675.84 | (47,492,475.84) | 39,183,200.00 | 45% |
| **Promedio** | **$ 97,069,360.40** | **$(55,737,012.07)** | **$ 41,332,348.33** | **43%** |



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 8

Recomendamos evaluar la política de inversión[7] y la composición de la cartera de inversiones, particularmente el riesgo de los instrumentos que componen la misma que pudiera justificar la pérdida de valor de aproximadamente el 57% del costo de las inversiones. En términos generales, tener un porfolio con una pérdida no realizada de 57% daría la impresión de que el perfil de las inversiones sería de alto riesgo o volatilidad. También, es recomendable obtener el perfil de la Compañía ante la casa de corretaje.

Cambio neto en Inversiones

De enero 2023 a junio 2023, la cuenta Inversiones disminuyó por aproximadamente $21.2 millones:[8]

| | |
|---|---|
| Balance enero 2023 | $ 107,833,677.62 |
| Balance junio 2023 | 86,675,675.84 |
| Cambio neto | $ (21,158,001.78) |

Observamos que, en los estados interinos de ingresos y gastos para los meses de enero a junio 2023, se reportó ingreso por la venta de inversiones ascendente a aproximadamente $35.5 millones; mientras que el costo de las inversiones vendidas totalizó aproximadamente $34.7 millones. Como resultado, la Compañía obtuvo una ganancia bruta de la venta de inversiones de aproximadamente $800 mil dólares.

| | Ingreso venta de inversiones | Costo de inversiones vendidas | Ganancia (Pérdida) realizada venta inversiones |
|---|---|---|---|
| Marzo | $ 7,540,834.23 | $ 9,650,644.79 | $ (2,109,810.56) |
| Mayo | 17,414,704.92 | 14,475,967.18 | 2,938,737.74 |
| Junio | 10,569,918.40 | 10,561,090.02 | 8,828.38 |
| **Total** | **$ 35,525,457.55** | **$ 34,687,701.99** | **$ 837,755.56** |

---

[7] La política de inversión incluye diferentes asuntos, tales como distribución *(allocation)*, clasificaciones, *ratings*, y rendimiento esperado, entre otros.
[8] Información obtenida de los estados de situación interinos provistos.



Aquino, De Córdova, Alfaro & Co., LLP
CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS

SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 9

Sin embargo, no observamos un incremento en la cuenta de Efectivo relacionado a la venta de inversiones. Más aún, si consideramos la alternativa que la Compañía pudo utilizar el producto de la venta de inversiones para adquirir otras, observamos una diferencia neta de aproximadamente $13.5 millones al comparar el costo de las inversiones vendidas con el cambio neto en la cuenta de Inversiones:

| | |
|---|---|
| Cambio neto en la cuenta de Inversiones | $ 21,158,001.78 |
| Costo de las inversiones vendidas | 34,687,701.99 |
| Exceso de inversiones vendidas | $ 13,529,700.21 |

Recomendamos indagar y/o investigar acerca del tratamiento dado al producto de la venta de las inversiones reportado en el estado de ingresos y gastos, incluyendo el registro de estas ventas en los libros de contabilidad.

Rendimiento de las inversiones

Observamos que, durante los meses de enero 2023 a junio 2023, los ingresos devengados de intereses y dividendos provenientes de las inversiones totalizaron aproximadamente $57 mil. Al dividir este total de ingreso entre el costo promedio de las Inversiones para dicho periodo ($97 millones), observamos que el rendimiento promedio de la cartera de inversiones fue de 0.06%,[9] según se presenta a continuación:

---

[9] El rendimiento pudiera ser mayor (0.14%) si se computa en función al promedio de valor en el mercado ascendente a $41,332,348.33.



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 10

| | Ingreso de intereses | Ingreso de dividendos | Total de ingreso de inversiones |
|---|---|---|---|
| Enero | $ 0.46 | $ - | $ 0.46 |
| Febrero | 0.40 | - | 0.40 |
| Marzo | 0.45 | 30,000.00 | 30,000.45 |
| Abril | 0.56 | - | 0.56 |
| Mayo | 0.66 | - | 0.66 |
| Junio | 389.18 | 27,000.00 | 27,389.18 |
| **Total** | **$ 391.25** | **$ 57,000.00** | **$ 57,391.71** |

| | | |
|---|---|---|
| Total de ingreso de inversiones | $ | 57,391.71 |
| Dividio entre: Costo promedio de Inversiones | ÷ | 97,069,360.40 |
| Tasa de rendimiento promedio de Inversiones | | 0.06% |

*Dividendo por pagar*

Los estados de situación interinos incluyen la cuenta de Dividendo por pagar en la sección de pasivos (deudas). Conforme a los principios de contabilidad, esta cuenta refleja la cantidad de dividendos declarados que aún no se han pagado a los accionistas.

El balance reportado de esta cuenta fluctuó durante todos los meses evaluados, reflejando una disminución neta de $442,706.44 de enero a junio 2023, según se observa a continuación:

Aquino, DeCórdova, Alfaro & Co., LLP
CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS

SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 11

| | Balance reportado | Varianza (Cambio) |
|---|---|---|
| Enero | $ 515,336.80 | $ - |
| Febrero | 60,263.19 | (455,073.61) |
| Marzo | 778,942.29 | 718,679.10 |
| Abril | 807,301.24 | 28,358.95 |
| Mayo | 115,158.60 | (692,142.64) |
| Junio | 72,630.36 | (42,528.24) |

| | | |
|---|---|---|
| Balance enero 2023 | $ | 515,336.80 |
| Balance junio 2023 | | 72,630.36 |
| Cambio neto | $ | (442,706.44) |

No obstante, no se observó una disminución en la cuenta de Efectivo por esta cantidad. Por tanto, recomendamos investigar el tratamiento contable dado a esta transacción, principalmente, cómo la misma se registró en los libros de contabilidad. Del mismo modo, se debe evaluar la declaración de dividendos y pagos para ver si están autorizados.

*Partidas incluidas en la sección de Capital*

"Unrealized holding"

La sección de capital del estado de situación incluye la partida "Unrealized holding." El cambio neto en esta partida de enero 2023 a junio 2023 ascendió a aproximadamente $20.4 millones.

De la información provista, no se desprende si esta partida se relaciona a las inversiones, sobre todo, cuando se presenta, en la sección de activos, la partida de Ganancia (Pérdida) no realizada de las inversiones. Por consiguiente, recomendamos indagar acerca del concepto de esta partida, principalmente, el tipo de transacciones que se registran en la misma.

Dividendo

La sección de capital presenta la partida Dividendo como una disminución del capital. Conforme a los principios de contabilidad, esta partida representa la cantidad de dividendos declarados en beneficio de los accionistas (en este caso, el miembro (*member*)) de la Compañía. Durante los meses de enero a junio 2023, observamos las siguientes fluctuaciones en el balance reportado de esta cuenta:



Aquino, DeCórdova, Alfaro & Co., LLP
CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS

SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 12

|  | Balance reportado | Varianza (Cambio) |
|---|---|---|
| Enero | $ 13,500,000 | $ - |
| Febrero | 4,000,000 | (9,500,000) |
| Marzo | 8,000,000 | 4,000,000 |
| Abril | 8,000,000 | - |
| Mayo | 10,000,000 | 2,000,000 |
| Junio | 10,000,000 | - |

Las cantidades reportadas en esta cuenta difieren significativamente de los balances reportados en la cuenta Dividendos por pagar, y de los cambios observados en la cuenta de Efectivo. Consecuentemente, sugerimos indagar acerca del concepto de esta cuenta, las razones de las fluctuaciones, y cómo se registraron las mismas en los libros de contabilidad de la Compañía. De igual manera, recomendamos evaluar la autorización de tales dividendos y si la Sucesión lo recibió.

Retiros

La sección de Capital incluye, además de Dividendo, una partida denominada Retiro ("Withdrawal"). Dicha partida presentó balance de aproximadamente $4.5 millones solamente en enero 2023. De febrero a junio 2023, el balance reportado en esta cuenta fue cero.

Recomendamos que se valide si esta partida representa un retiro por parte de los accionistas, como sugiere su nombre y clasificación en el estado de situación, según los principios de contabilidad. Además, se deben investigar las razones de la disminución y el tratamiento contable de la misma.

Ganancia del periodo ("Profit period")

Es común que, en estados de situación interinos, la sección de Capital incluya la ganancia (pérdida) neta obtenida durante el periodo presentado. Sin embargo, los balances de la cuenta Ganancia del periodo presentados en la sección de Capital no concuerdan con las cantidades de ganancia neta presentada en el estado de ingresos y gastos para los meses correspondientes, según se observa en la siguiente tabla:



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 13

| | Ganancia (Pérdida) reportada en: | | |
| | Estado de situación | Estado de ingresos y gastos | Diferencia |
| --- | --- | --- | --- |
| Enero | $ (40,526,423.24) | $ (59,250.53) | $ 40,467,172.71 |
| Febrero | (6,655,515.58) | (63,102.03) | 6,592,413.55 |
| Marzo | (8,114,651.92) | (1,459,136.34) | 6,655,515.58 |
| Abril | (1,639,066.17) | (57,577.27) | 1,581,488.90 |
| Mayo | 268,703.96 | 1,907,770.13 | 1,639,066.17 |
| Junio | 253,419.35 | (15,284.61) | (268,703.96) |

Recomendamos investigar las razones de las diferencias y el tratamiento contable de dichas partidas.

Ganancias retenidas

La partida de Ganancias retenidas representa la acumulación de las ganancias (pérdidas) netas obtenidas por la Compañía a través del tiempo de operaciones. Consecuentemente, el balance de esta cuenta fluctuará a medida que la Compañía obtenga ganancia (pérdida) de sus operaciones.

No obstante, los balances de la cuenta Ganancias retenidas presentados en los estados interinos de la Compañía no contemplan el efecto de la ganancia (pérdida) obtenida. Más aún, de enero a junio 2023, el cambio neto de esta cuenta fue de aproximadamente ($55.5) millones, lo que luce ser una pérdida (déficit) acumulado durante dicho periodo, según se observa a continuación:[10]

| | Balance reportado | Varianza (Cambio) |
| --- | --- | --- |
| Enero | $ - | $ - |
| Febrero | (48,980,133.33) | 48,980,133.33 |
| Marzo | (48,980,133.33) | - |
| Abril | (55,513,296.35) | 6,533,163.02 |
| Mayo | (55,513,296.35) | - |
| Junio | (55,513,296.35) | - |

---

[10] Información obtenida de los estados de situación interinos provistos.



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 14

Sugerimos indagar acerca del tratamiento contable para registrar estas cantidades en dicha cuenta.

## SECCIÓN 4. CONCLUSIÓN

De la labor realizada, los documentos revisados y los análisis que llevamos a cabo, podemos concluir que los estados financieros interinos de SA Investments LLC provistos para los meses de enero a junio 2023 contienen partidas que deberían ser explicadas y/o indagar acerca de las transacciones que influyeron en el balance reportado. Estas cuentas incluyen las Inversiones, Dividendos por pagar, y Dividendo y Retiro incluidos en la sección de capital. Más aún, en el caso de las Inversiones, recomendamos que se evalúe la política de inversión, principalmente, la tolerancia de riesgo, toda vez que el promedio del valor de mercado de la cartera de inversiones representa 43% del costo de éstas.

La validez del análisis realizado y las conclusiones contenidas en este informe está basada en la información disponible al momento de realizar la encomienda. Nosotros no tenemos interés económico alguno en esta encomienda. Nuestra compensación está basada en nuestras tarifas regulares por hora y de ninguna manera será contingente al resultado de nuestro trabajo.

Cordialmente,

AQUINO, DE CÓRDOVA, ALFARO & CO., LLP

CPA Eduardo González Green, CFF, CFE, FCPA
Socio



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 15

## SECCIÓN 5. FUENTES DE INFORMACIÓN

- Estado de situación interino (no compilado, revisado, o auditado por contador externo) de SA Investments LLC para los meses de enero a junio de 2023.

- Estado de ingresos y gastos interino (no compilado, revisado, o auditado por contador externo) para los meses de enero a junio de 2023.

- Certificado de Organización de SA Investments LLC expedido por el Departamento de Estado de Puerto Rico. Obtenido en la página electrónica (webpage) de dicho Departamento.

- Certificado de Organización de una Compañía de Responsabilidad Limitada SA Investments LLC. Obtenido en la página electrónica (webpage) del Departamento de Estado de Puerto Rico.

- Información de Corporación de SA Investments LLC publicada en la página electrónica (webpage) del Departamento de Estado de Puerto Rico.

- Estado de situación auditado de Supermercados Mr. Special, Inc. al 30 de septiembre de 2015 al 2022. Obtenidos en la página electrónica (webpage) del Departamento de Estado de Puerto Rico.



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 16

## CREDENCIALES

### *CPA EDUARDO GONZÁLEZ GREEN, CFE, CFF, FCPA*

Profesionales y Académicas

Contador Público Autorizado (CPA), Examinador de Fraude Certificado (CFE), "Certified in Financial Forensics (CFF)," y "Forensic Certified Public Accountant (FCPA)."

Bachillerato en Administración de Empresas, Especialización en Contabilidad, Universidad de Puerto Rico

Experiencia

Se desempeña como socio en el Departamento de Auditoría y Consultoría en Aquino, De Córdova, Alfaro & Co., LLP. Cuenta con más de 30 años de experiencia en contabilidad pública. Sus especializaciones incluyen: auditorías financieras y operacionales, asistencia en compraventa de negocios, análisis de controles internos, investigaciones de fraude y otros.

Membresías Profesionales

Instituto Americano de Contadores Públicos Autorizados

Colegio de Contadores Públicos Autorizados

Publicaciones y Seminarios

El CPA González-Green ha dictado un sinnúmero de cursos incluyendo temas de fraude, controles internos, ética, debida diligencia, industria de concesionarios de autos, industria de alimentos, manejo de efectivo, contabilidad y auditoría, tanto a nivel local como internacional. Ha dictado innumerables seminarios ante sus colegas en el Colegio CPA y varias otras organizaciones.

Ha sido entrevistado o ha preparado artículos para la revista EL CPA, Caribbean Business, El Vocero, El Nuevo Día, La Voz de Mida, Asociación de Productos de PR, Vida Actual, AFP-informa, entre otros. También, ha sido entrevistado en varios programas de radio y televisión en cuanto a temas de fraude y merma, entre otros.



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 17

---

## CREDENCIALES

*CPA SANDRA ZAYAS ROMÁN, CVA, ESQ.*

Profesionales y Académicas

Contador Público Autorizado (CPA), Abogada - Notario (Esq.), y "Certified Valuation Analyst" (CVA).

Juris Doctor, Facultad de Derecho, Universidad Interamericana.

Maestría en Administración de Empresas, Especialización en Contabilidad, Universidad de Puerto Rico.

Certificación en Contribuciones, Warwick University, Inglaterra.

Bachillerato en Administración de Empresas, Especialización en Contabilidad, Universidad de Puerto Rico.

Experiencia

Se desempeña como gerente en el Departamento de Consultoría en Aquino, De Córdova, Alfaro & Co., LLP. Cuenta con más de 25 años de experiencia en contabilidad pública, en áreas de auditoría y contribuciones, y con más de 15 años de experiencia en consultoría. Sus especializaciones incluyen: auditorías financieras y operacionales, análisis de controles internos, investigaciones de fraude, valoraciones comerciales, daños comerciales, liquidación de bienes, y otros.

Cuenta con más de 20 años como profesora de contabilidad a tiempo parcial en la Universidad de Puerto Rico y Universidad Ana G. Méndez. Ha impartido distintos cursos de contabilidad a nivel de bachillerato y maestría, tales como: Contabilidad Intermedia (I, II y III), Contabilidad Avanzada, Contabilidad de Costos, Contribuciones Federales, Auditoría, Contabilidad de Gobierno y Entidades sin Fines de Lucro, y Contabilidad Forense, entre otros.



SA INVESTMENTS LLC
Evaluación preliminar de información financiera
Página 18

### ANEJO 1 - ESTADOS DE SITUACIÓN (BALANCE SHEETS) AUDITADOS DE SUPERMERCADOS MR. SPECIAL, INC. RADICADOS EN EL DEPARTAMENTO DE ESTADO

Disclosures per NOTE C- INVESTMENT

| | TOTAL INVESTMENTS | | | EQUITY SECURITIES - Common Stock | | | Bonds | | | Mutual Funds | | | Money Market | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amortized cost | Unrealized holding gain (loss) | Fair Value | Amortized cost | Unrealized holding gain (loss) | Fair Value | Amortized cost | Unrealized holding gain (loss) | Fair Value | Amortized cost | Unrealized holding gain (loss) | Fair Value | Amortized cost | Unrealized holding gain (loss) | Fair Value |
| 2015 | $47,932,128 | $(13,124,992) | $34,807,136 | $47,279,976 | $(13,084,798) | $34,195,178 | $ 402,791 | $ (39,258) | $ 363,533 | $ 249,361 | $ (936) | $ 248,425 | $ - | $ - | $ - |
| 2016 | 52,207,341 | (8,905,947) | 43,301,394 | 52,057,341 | (8,869,342) | 43,187,999 | 150,000 | (36,605) | 113,395 | - | - | - | - | - | - |
| 2017 | 43,697,967 | (5,082,798) | 38,615,169 | 29,924,934 | (5,155,615) | 24,769,319 | 1,192,474 | (2,257) | 1,190,217 | 1,983,638 | 75,074 | 2,058,712 | 10,596,921 | - | 10,596,921 |
| 2018 | 55,482,076 | (8,012,160) | 47,469,916 | 53,745,660 | (8,012,160) | 45,733,500 | - | - | - | - | - | - | 1,736,416 | - | 1,736,416 |
| 2019 | 79,491,206 | (24,507,980) | 54,983,226 | 78,701,229 | (24,507,980) | 54,193,249 | - | - | - | - | - | - | 789,977 | - | 789,977 |
| 2020 | 95,902,380 | (16,182,027) | 79,720,353 | 95,749,027 | (16,182,027) | 79,567,000 | - | - | - | - | - | - | 153,353 | - | 153,353 |
| 2021 | 104,003,722 | (26,163,567) | 77,840,155 | 92,983,256 | (25,801,256) | 67,182,000 | - | - | - | 6,833,067 | (362,311) | 6,470,756 | 4,187,399 | - | 4,187,399 |
| 2022 | 13,057,274 | (12,207,074) | 850,200 | 13,057,274 | (12,207,074) | 850,200 | - | - | - | - | - | - | - | - | - |

Como puede observarse, previo al 2022, el valor de mercado de las inversiones promediaba aproximadamente 79% del costo de las inversiones. No obstante, para el año 2022, el valor de mercado de las inversiones representa un 7% del costo de las inversiones. A nuestro juicio, la pérdida no realizada de 93% del costo nos parece sumamente alta, por lo que recomendamos se indague acerca del detalle de dichas inversiones.



Aquino, DeCórdova, Alfaro & Co., LLP
CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS